IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM VAN TRUSELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12CV227 |
| | ) | |
| JOSEPH B. HALL, | ) | |
| | ) | |
| Respondent. | ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 6, 2012, was served on the parties in this action. Plaintiff filed objections to the Recommendation. (Doc. 5.)

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court adopts the Magistrate Judge's recommendation in full.

**IT IS THEREFORE ORDERED** that this action is filed, but dismissed *sua sponte*, without prejudice to Petitioner filing a new petition, after he has exhausted his state court remedies and which otherwise corrects the defects of the current Petition. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of May, 2012.

UNITED STATES DISTRICT JUDGE